**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-3092

HANNAH HARDING,

                              Petitioner,

v.

UNITED STATES NAVAL ACADEMY,

                              Respondent.

Petition for review of an arbitrator's decision in FMCS No. 120516-55631-7 by Sean J. Rogers.

Authorized Abbreviated Caption[2]

HANNAH HARDING v UNITED STATES NAVAL ACADEMY, 2013-3092

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.