# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| HANNAH HARDING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2013-3092 |
| | ) | |
| UNITED STATES NAVAL ACADEMY, | ) | |
| | ) | |
| Respondent. | ) | |

## PETITIONERS THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPEAL BRIEF

Petitioner, by and through the undersigned counsel, herby requests a thirty (30) day extension of time to file her appeal brief.  Petitioner's brief is currently due on or before October 30, 2013.  Counsel for Petitioner requires additional time to due to the Government shutdown and the impact on his work-related duties, including his ability to work on this Appeal.  Specifically the undersigned is counsel to a local union with bargaining rights for as many as 30,000 federal employees in several agencies including the Social Security Administration, Centers for Medicare/Medicaid Services, Department of Veterans Affairs, NASA, and the United States Navy Facilities Command Washington.  Additionally, Mr. Gagliardo's co-counsel Shannon C. Leary, Esq., requires additional time due to her litigation docket and the undersigned's limited availability.   Counsel for Petitioner

conferred with counsel for Respondent, who does not oppose this request. This is Petitioner's Third request for an extension of time.

Therefore, for good reason given, Petitioner respectfully requests a thirty (30) day extension of time or until November 29, 2013, to file her appeal brief.

October 15, 2013

                                            Respectfully Submitted,

                                            /s/ Thomas J. Gagliardo
                                            THOMAS J. GAGLIARDO
                                            Attorney for Petitioner
                                            AFGE Local 1923
                                            6401 Security Boulevard
                                            Mail Stop 1-G-15
                                            Baltimore, Maryland 21235
                                            410 965 5566 FAX 410 597 0767
                                            tomgagliardo@gmail.com

# CERTIFICATE OF INTEREST

Counsel for the petitioner, Hanna Harding, certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:

    Hannah Harding

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    n/a

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    n/a

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Thomas J. Gagliardo

    Shannon C. Leary
    The Law Offices of Gary M. Gilbert & Associates, P.C.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| HANNAH HARDING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    2013-3092 |
| | ) |
| UNITED STATES NAVAL ACADEMY, | ) |
| | ) |
| Respondent. | ) |

## AFFIDAVIT OF THOMAS J. GAGLIARDO

In accordance with Fed. R. App. P. 26(b)(5), Petitioner's counsel provides the following statement, establishing good cause, in support of Petitioners Request for Extension of Time to File Brief in Support of Appeal:

1. The undersigned, as general counsel to a local union with bargaining rights for as many as 30,000 federal employees in several agencies including the Social Security Administration, Centers for Medicare/Medicaid Services, Department of Veterans Affairs, NASA, and the United States Navy Facilities Command Washington requires additional time to file a brief in the above captioned matter due to his work-related duties, particularly those arising from the shutdown of the United States Government; and

2. Counsel for Respondent sent the attached email this morning indicating the Respondent does not to oppose this motion.

        Respectfully Submitted,

        <u>/s/ Thomas J. Gagliardo</u>
        Thomas J. Gagliardo
        Attorney for Petitioner
        AFGE Local 1923
        6401 Security Boulevard
        Mail Stop 1-G-15
        Baltimore, Maryland 21235
        410 965 5566 FAX 410 597 0767
        tomgagliardo@gmail.com

# United States Court of Appeals for the Federal Circuit

HANNAH HARDING v. UNITED STATES NAVAL ACADEMY, No. 13-3092

**CERTIFICATE OF SERVICE**

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by THOMAS J. GAGLIARDO, Counsel for Petitioner to print this document.  I am an employee of Counsel Press.

On **October 15, 2013**, Counsel for Appellant has authorized me to electronically file the foregoing **Motion to Extend** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

    Domenique G. Kirchner
    Director, Commercial Litigation
    Branch, Civil Division
    Department of Justice
    P.O. Box 480
    Ben Franklin Station
    Washington, DC 20044
    202-307-1111
    Domenique.Kirchner@usdoj.gov

October 15, 2013                    /s/ John C. Kruesi, Jr.
                                                      Counsel Press